09/29/2004 20:09 FAX ☒016

Yahoo! Mail - raedtsuleiman@yahoo.com                                             Page 1 of 4

# YAHOO! Mail

Print - Close Window

**From:** "n400, Pit" <Pit.N400@dhs.gov>
**To:** "Raed Suleiman" <raedtsuleiman@yahoo.com>
**Subject:** RE: Alien# 074653540
**Date:** Wed, 1 Sep 2004 17:33:00 -0400

Mr. Suleiman:

There was an additional "process" that we were waiting for, that finally has
completed. The original check of which you speak is, indeed, STILL pending.
In
my previous message, I mistakenly believed that this check had been completed as
well. I was wrong.

I hope this helps...somewhat.

-MW

_____Reply Separator_____
Subject:     Re: Alien# 074653540
Author: "Raed Suleiman" <SMTP:raedtsuleiman@yahoo.com>
Date:        08/31/2004 4:53 PM

Dear MW:
Thanks for the nice words and your prompt response. I, no doubt, trust
and
applaude your effort. But is the check you mentioned is still the same
one,,outside agency, that has been withholding my application since
last
summer
or is a new check by a different agency? I am somewhat confused as this
appears
to be the same issue still going on, though in your email earlier you
said
the
issue withholding my application process has been resolved. I apologise
for
emailing you again, but I hope you understand my position.
I look forward to hearing from at your convenience. All the best.
Cordially,
Raed Suleiman

"n400, Pit " <Pit.N400@dhs.gov> wrote:

Mr. Suleiman:

My apologies. You are correct. You DID appear for fingerprinting last
November. Those prints will be good for 15 months.

Unfortunately, however, in verifying your fingerpint status, we
discovered
that

http://us.f203.mail.yahoo.com/ym/ShowLetter?box=important&MsgId=7115_22416530_4...   9/29/2004

it is one of the OTHER checks we do that is still pending. There is nothing
additional that you need to supply at this time--except, perhaps, your patience.
This additional check is performed by an outside agency and, as a result,
we
have no control over it. Usually, the check is done relatively quickly. We
do,
however, have a number of cases that have taken a year--or longer--to process.
Hopefully, this will not be the case with your application.

Again, I apologize for the confusion and for the delay, and ask for your
continued patience. I personally check each application with this status on
a
week ly basis, so you can rest assured that you will not be forgotten.

Thank you.

-MW

_____Reply Separator_____
Subject: Re:Alien# 074653540
Author: "Raed Suleiman"
Date: 08/26/2004 12:43 PM

Thanks for the reply. I did fingerprint last Nov. and to my knoledge,
fingerprinting is valid for 18 months! please confirm. Again I thank you a
lot
for your prompt response. All the best.
Raed Suleiman.

"n400, Plt " wrote:

Mr. Suleiman-

It appears that the processes which had been holding up your case have finally
been resolved. In order to proceed in preparing your case for naturalization,
however, you will need to be RE-fingerprinted. You should be receiving a
fingerprint schedule notice in the mail sometime in the next few days (it
will
go out in tomorrow's mail).

-MW


_____Reply Separator_____
Subject: Alien# 074653540
Author: "Raed Suleiman"
Date: 08/22/2004 5:48 PM

Yahoo! Mail - raedtsuleiman@yahoo.com                                                     Page 3 of 4

Please note this email is the same as the one I just sent, but with the correct
address, I found a spelling mistake in my address in the previous
email. I
apologize for the inconvenience.

sicontentAugust 22, 2004

Re: Citizenship, Alien# 074653540

Dear Sir or Madam:

I completed my citizen interview in March 2003. My original file was transferred
from Houston to this office over one year ago. I am made several
inquiries.
In
response to my last inquiry I received this reply on June 3, 2004:

"n400, Pit " wrote:

Mr. Suleiman:

Unfortunately, all I can tell you at this point, is that your case is still
pending a final decision. An officer is working on it, but I have no way of
telling how long it might take from this point. If you'd like, you may email
and
inquire again if you still haven't heard anything in another month.

-MW

I would appreciate an update. I can't hide my enormous concern, as I feel
the
processing of my application has taken an extremely long period of time. I
am a
physician and from the time I arrived in the United States, through my education
and employment, I have taken an oath to serve the population and strive to
benefit this society.

It is my understanding that an officer is working on my case. Can you

09/29/2004 20:11 FAX                                                                    ☑019

Yahoo! Mail - raedtsuleiman@yahoo.com                                            Page 4 of 4

clarify
what stage of the process my file is in? Has the CRS completed the background
check? What is the time line in which I should expect completion of my
citizenship?

In conclusion, I would like to make sure that the change of address I submitted
in April of 2004 has reached my file. My new address is enclosed below.

I, as always, appreciated your effort and time in response to my
concerns.

Sincerely,
Ra'ed Suleiman M.D.

1233 Halleck Road - Morgantown - WV 26506

Phone: (304) 685-7233 .

09/29/2004 20:04 FAX                                                                              ☑010

Yahoo! Mail - raedtsuleiman@yahoo.com                                                      Page 1 of 1



Print  Close Window

From: "n400, Pit " <Pit.N400@dhs.gov>
To: ""Raed Suleiman" " <raedtsuleiman@yahoo.com>
Subject: Re:Alien# 074653540
Date: Fri, 4 Jun 2004 14:22:00 -0400

Mr. Suleiman:

Unfortunately, all I can tell you at this point, is that your case is still
pending a final decision. An officer is working on it, but I have no way of
telling how long it might take from this point. If you'd like, you may email
and inquire again if you still haven't heard anything in another month.

-MW

_____Reply Separator_____
Subject:    Alien# 074653540
Author: "Raed Suleiman" <SMTP:raedtsuleiman@yahoo.com>
Date:       06/03/2004 11:04 AM

Dear Sir/madam:

I would like to know where my citizenship application process is at now. I did
the interview on 3/9/03 and I have been waiting for the oath because my file
which was transferred from the Houston office in August, 2003 was still in
Homeland security for background check. Is it still the case or not? I
appreciate very much the time and effort you put in answering this email.


Regards,

Raed Suleiman

DOB: 9/11/1966

Alien# 074653540

Note: I sent this email to pit.n400@cis.gov <mailto:pit.n400@cis.gov> !
I
don't
know which one is the correct email address.

http://us.f203.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=6492_6739393_7502_...  6/17/2004

09/29/2004 20:05 FAX                                                                    ☒011

Yahoo! Mail - raedtsuleiman@yahoo.com                                          Page 1 of 2

# YAHOO! Mail

Print - Close Window

From:    "n400, Pit " <Pit.N400@dhs.gov>
To:      "'Raed Suleiman'" <raedtsuleiman@yahoo.com>
Subject: Re:Alien# 074653540
Date:    Thu, 26 Aug 2004 12:07:00 -0400

Mr. Suleiman:

It appears that the processes which had been holding up your case have finally
been resolved. In order to proceed in preparing your case for naturalization,
however, you will need to be RE-fingerprinted. You should be receiving a
fingerprint schedule notice in the mail sometime in the next few days (it
will
go out in tomorrow's mail).

-MW

_____Reply Separator_____
Subject:   Alien# 074653540
Author:    "Raed Suleiman" <SMTP:raedtsuleiman@yahoo.com>
Date:      08/22/2004 5:48 PM

Please note this email is the same as the one I just sent, but with the
correct
address, I found a spelling mistake in my address in the previous email. I
apologize for the inconvenience.

    slcontentAugust 22, 2004

Re: Citizenship, Alien# 074653540

Dear Sir or Madam:

I completed my citizen interview in March 2003. My original file was
transferred
from Houston to this office over one year ago. I am made several
inquiries.
In
response to my last inquiry I received this reply on June 3, 2004:


    "n400, Pit " <Pit.N400@dhs.gov> wrote:

    Mr. Suleiman:


Unfortunately, all I can tell you at this point, is that your case is

09/29/2004 20:05 FAX                                                                      ☒012

Yahoo! Mail - raedtsuleiman@yahoo.com                                           Page 2 of 2

still
pending a final decision. An officer is working on it, but I have no way of
telling how long it might take from this point. If you'd like, you may email
and
inquire again if you still haven't heard anything in another month.


MW




I would appreciate an update. I can't hide my enormous concern, as I feel
the
processing of my application has taken an extremely long period of time. I
am a
physician and from the time I arrived in the United States, through my education
and employment, I have taken an oath to serve the population and strive
to
benefit this society.


It is my understanding that an officer is working on my case. Can you clarify
what stage of the process my file is in? Has the DHS completed the background
check? What is the time line in which I should expect completion of my
citizenship?


In conclusion, I would like to make sure that the change of address I submitted
in April of 2004 has reached my file. My new address is enclosed below.


I, as always, appreciated your effort and time in response to my concerns.

Sincerely,
Ra'ed Suleiman M.D.

1233 Halleck Road * Morgantown *  WV 26508

Phone: (304) 685-7233 .

TED STEVENS, ALASKA, CHAIRMAN

THAD COCHRAN, MISSISSIPPI
ARLEN SPECTER, PENNSYLVANIA
PETE V. DOMENICI, NEW MEXICO
CHRISTOPHER S. BOND, MISSOURI
MITCH MCCONNELL, KENTUCKY
CONRAD BURNS, MONTANA
RICHARD C. SHELBY, ALABAMA
JUDD GREGG, NEW HAMPSHIRE
ROBERT F. BENNETT, UTAH
BEN NIGHTHORSE CAMPBELL, COLORADO
LARRY CRAIG, IDAHO
KAY BAILEY HUTCHISON, TEXAS
MIKE DEWINE, OHIO
SAM BROWNBACK, KANSAS

ROBERT C. BYRD, WEST VIRGINIA
DANIEL K. INOUYE, HAWAII
ERNEST F. HOLLINGS, SOUTH CAROLINA
PATRICK J. LEAHY, VERMONT
TOM HARKIN, IOWA
BARBARA A. MIKULSKI, MARYLAND
HARRY REID, NEVADA
HERB KOHL, WISCONSIN
PATTY MURRAY, WASHINGTON
BYRON L. DORGAN, NORTH DAKOTA
DIANNE FEINSTEIN, CALIFORNIA
RICHARD J. DURBIN, ILLINOIS
TIM JOHNSON, SOUTH DAKOTA
MARY L. LANDRIEU, LOUISIANA

STEVEN J. CORTESE, STAFF DIRECTOR
TERRENCE E. SAUVAIN, MINORITY STAFF DIRECTOR

**United States Senate**

COMMITTEE ON APPROPRIATIONS
WASHINGTON, DC 20510-6025
www.senate.gov/~appropriations

August 14, 2003

Dr. Ra'ed Suleiman
Centerhill Avenue, No. 2
Morgantown, West Virginia 26505

Dear Dr. Suleiman:

I have received your recent correspondence in which you advise me that officials of the Bureau of Citizenship and Immigration Services (BCIS) have transferred your file to the appropriate district office so that the processing of your application for naturalization can be resumed. It was thoughtful of you to take the time to write to me as you have.

While I have not yet been notified of this action by BCIS officials, I am glad to have contacted them in your behalf, and I am pleased to learn that your transfer request was granted in a timely manner. In the meantime, you may be assured that any further information I may receive from the BCIS in response to my inquiry into this matter will be promptly relayed to you.

In closing, I want to thank you for your good words about me and my staff. Your comments are deeply appreciated. I hope that my efforts will continue to merit your confidence and trust.

With best wishes, I am

Sincerely yours,

Robert C. Byrd

RCB:gj

*Ra'ed Suleiman, M.D.*

June 25, 2003

Houston District Office (BCIS)

126 Northpoint

Houston, TX 77060


Dear Sir or Madam:

    This is the second letter I am writing to request your assistance in locating my permanent file. I completed the interview process on March 10, 2003 in Claresburg, WV. Upon completing the interview process, I was told that the only requirement left was to receive my permanent file and then I could proceed with the Oath Ceremony. This was almost 4 months ago. I have not been able to receive an explanation/reason for the delay. I have contacted my local Senators and Governor to ask for their assistance in this matter. This delay in my citizenship is causing significant hardship with regard to my career. I have just completed my subspecialty training at the Robert C Byrd Medical Center of West Virginia University. I am in the processes of selecting a position in the field of Pulmonary and Critical Care. I am faced with prospective employers that require U.S. Citizenship as part of their employment criteria. I need to progress with my future and this delay is causing undue difficulties.

    I would greatly appreciate any assistance you may offer in finding a solution in a timely and expedient manner. Thank you for your concern and consideration.

                                                              Sincerely,

                                                              Ra'ed T Suleiman, M.D.
                                                              Alien # A074653540
                                                               SSN: 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

CC: Sen. Robert C. Byrd
      Sen. John Rockefeller
      Pittsburgh sub office

*Centerhill Avenue, No 2, Morgantown, WV 26505*
*Home phone # (304)599-7833, Cell phone # (304)685-7833*
*Email:* raedtsuleiman@yahoo.com

**7**

FROM: Raed Suleiman
 AN: A074653540
 DOB: 9/11/1966

TO: BCIS Houston Office

RE: Transfer of records-permanent file.

5/29/03

Dear Sir/Madam:

I am sending this letter in a desperate attempt to get my permanent file transferred to Pissburgh office to be able to do the oath for citizenship. I had my citizenship interview on 3/10 in Clarksburg, WV and I passed, but because the office did not have my permanent file, I could not attend the oath ceremony. I have been contacting the Pittsburgh office since then and today was my latest attempt. The office suggested I write you a letter to transfer my file ASAP. I even contacted the national customer service line trying to know what was going on and try to find an explanation to the file transfer delay. The Pittsburgh office could not find a/the reason for the long delay in transferring the file. I appreciate your help in the matter and your prompt response is highly regarded. My address: 1420 Centerhill Ave #2, Morgantown, WV 26505, Phone# (304)599-7233.

Regards,

Raed Suleiman