UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAED SULEIMAN, | ) |
| Plaintiff, | ) Civil Action No. 04-12373 RWZ |
| v. | ) |
| JOHN ASHCROFT, Attorney General of the United States; et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk:

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the defendants, John Ashcroft, Attorney General of the United States, et al.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ electronic signature
MARK T. QUINLIVAN
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: January 10, 2005

CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing was served by mail, on January 10, 2005, upon Jeffrey W. Goldman, Testa, Hurwutz & Thibeault, LLP, 125 High Street, Boston, MA 02110.

/s/ Mark T. Quinlivan
Mark T. Quinlivan
Assistant U.S. Attorney