UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAED SULEIMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN ASHCROFT, Attorney General of the )<br>United States; et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12373 RWZ |

**DEFENDANTS' CONSENT MOTION FOR
EXTENSION OF TIME WHICH TO FILE RESPONSE**

Defendants John Ashcroft, Attorney General of the United States, et al., hereby respectfully move for an extension of time of three days, or until January 13, 2005, in which to file a response to the Petition for a Hearing on Naturalization Application Pursuant to I.N.A. Section 336(b), 8 U.S.C. § 1447(b).  In support of the foregoing motion, defendants say as follows:

1. This action was filed on November 8, 2004.  Although the applicable statute, 8 U.S.C. § 1447(b) does not provide for a response date, defendants have been operating under the assumption that a response would be due within the sixty-day period provided for by the Federal Rules of Civil Procedure, or January 10, 2005.  See Fed. R. Civ. P. 12(a)(3)(A), (B); 6(a).

2. In support of this motion, defendants state that a brief extension of time of three days is necessary in order to obtain the necessary approvals for a declaration which will explain both for plaintiff and for the Court the current status of plaintiff's application for naturalization.  A declaration has been drafted and is being reviewed, but undersigned counsel has been instructed

by agency counsel that the necessary approvals cannot be obtained earlier than this Wednesday, January 12, 2005. Out of an abundance of caution, defendants are therefore asking for an extension of time of three days in which to file a response, or until January 13, 2005. .

3. On this date, undersigned counsel spoke with plaintiff's, Jeffrey W. Goldman, and inquired whether he would consent to this motion. Mr. Goldman graciously indicated that he would consent to this motion.

Wherefore, defendants respectfully request that his motion be allowed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney
United States Attorney's Office
   John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: January 10, 2005

### CERTIFICATE UNDER L.R. 7.1

Pursuant to Local Rule 7.1(a)(2), I certify that, on January 10, 2005, I conferred with counsel for the plaintiff, Jeffrey W. Goldman, Esq., regarding this motion, and that Mr. Goldman graciously stated that plaintiff consented to this motion.

 /s/ Mark T. Quinlivan
Mark T. Quinlivan
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing was served by mail, on January 10, 2005, upon Jeffrey W. Goldman, Testa, Hurwutz & Thibeault, LLP, 125 High Street, Boston, MA 02110.

 /s/ Mark T. Quinlivan
Mark T. Quinlivan
Assistant U.S. Attorney