## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAED SULEIMAN, | ) |
| Plaintiff, | ) Civil Action No. 04-12373 RWZ |
| v. | ) |
| JOHN ASHCROFT, Attorney General of the United States; et al., | ) |
| Defendants. | ) |

### RESPONDENTS' MOTION TO REMAND PROCEEDINGS TO THE DEPARTMENT OF HOMELAND SECURITY, AND MOTION TO DISMISS IMPROPER PARTY DEFENDANT

Respondents John Ashcroft, Attorney General of the United States; Thomas Ridge, Secretary of the Department of Homeland Security, Eduardo Aguirre, Jr., Director, United States Citizenship and Immigration Services, Denis Riordan, District Director, United States Citizenship and Immigration Services, and Robert S. Mueller III, Director, Federal Bureau of Investigation ("FBI"), respectfully move the Court, pursuant to 8 U.S.C. § 1447(b), to remand this matter to the United States Citizenship and Immigration Services ("USCIS"), Department of Homeland Security, upon the ground that USCIS is currently exercising due diligence in adjudicating Mr. Suleiman's application for naturalization. As explained more fully in the accompanying Memorandum of Law, and in the accompanying Declaration of Debra E. Zamberry, Officer in Charge, Pittsburgh, PA office, USCIS, there has not been a final resolution regarding Mr. Suleiman's FBI name check, and USCIS is unable to proceed to final adjudication of his naturalization application until there is a final resolution of the FBI name check.

Respondent Robert S. Mueller III, Director of the Federal Bureau of Investigation ("FBI"), also moves for dismissal because he is an improper party respondent.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By: /s/ Mark T. Quinlivan
     MARK T. QUINLIVAN
     Assistant United States Attorney
     United States Attorney's Office
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     617-748-3606

Dated: January 13, 2005

CERTIFICATE UNDER L.R. 7.1

     Pursuant to Local Rule 7.1(a)(2), I certify that, on January 13, 2005, I conferred with counsel for the plaintiff, Jeffrey W. Goldman, Esq., regarding this motion, and that Mr. Goldman stated that petitioner would oppose this motion.

                              /s/ Mark T. Quinlivan
                              Mark T. Quinlivan
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

     I hereby certify that copy of the foregoing was served by mail, on January 13, 2005, upon Jeffrey W. Goldman, Testa, Hurwutz & Thibeault, LLP, 125 High Street, Boston, MA 02110.

                              /s/ Mark T. Quinlivan
                              Mark T. Quinlivan
                              Assistant U.S. Attorney