AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
IN CLERK'S OFFICE

District of _____

2005 JAN 25 P 12: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

Raed Suleiman, Individually, Plaintiff
V.

John Ashcroft, Attorney General of the United
States, Tom Ridge, Secretary of the Department
of Homeland Security, Eduardo Aguirre, Jr.
Director of the United States Citizenship &
Immigration Services ("CIS"), Denis Riordan
District Director – CIS, Boston District
Office; and Robert S. Mueller, Director,
FBI, Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

# 04 - 12373 RWZ

TO: (Name and address of Defendant)

FBI Office of the General Counsel
Boston District Office
One Center Plaza, Suite 600
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey Goldman, Esq.
Testa, Hurwitz & Thibeault, LLP.
125 High Street
Boston, MA 02110
(617) 310-8217

an answer to the complaint which is served on you with this summons, within _____ 30 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

NOV 0 9 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/10/2004 |
|---|---|
| NAME OF SERVER (PRINT)  U.S.P.O. | TITLE  Certified Mail |

*Check one box below to indicate appropriate method of service*

XX  Served personally upon the defendant. Place where served:

   See attached Certified Mail receipt.

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/21/2005          _____
           Date               Signature of Server

    Jeffrey Goldman, Esq.
    Testa, Hurwitz & Thibeault, LLP.

    *Address of Server*
    125 High Street, Boston, MA 02110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.