AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

FILED
IN CLERKS OFFICE

2005 JAN 25 P 12: 59

SUMMONS IN A CIVIL ACTION
U.S. DISTRICT OF MASS.

Raed Suleiman, Individually, Plaintiff
V.
John Ashcroft, Attorney General of the United States, Tom Ridge, Secretary of the Department of Homeland Security, Eduardo Aguirre, Jr. Director of the United States Citizenship & Immigration Services ("CIS"), Denis Riordan District Director -CIS, Boston District Office; and Robert S. Mueller, Director, FBI, Defendants

CASE NUMBER:

04 - 12373 RWZ

TO: (Name and address of Defendant)

Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20258

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey Goldman, Esq.
Testa, Hurwitz & Thibeault, LLP.
125 High Street
Boston, MA 02110
(617) 310-8217

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

NOV 09 2004
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | on or about 11/12/2004 |
| NAME OF SERVER (PRINT) U.S.P.O. | TITLE | Certified Mail |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   See attached Certified Mail receipt.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/21/05
              Date                    Signature of Server

Jeffrey Goldman, Esq.
Testa, Hurwitz & Thibeault,

*Address of Server*
125 High Street
Boston, MA 02110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.