1

# UNITED STATES DISTRICT COURT

FILED
CLERKS OFFICE

## FOR THE DISTRICT OF MASSACHUSETTS

2

MAR 18 P 12: 21

3

RAED SULEIMAN, Individually,

U.S. DISTRICT COURT
DISTRICT OF MASS

4

Plaintiff,

5

v.                                              Case Number 1:04-cv-12373  *Rwz*

6

JOHN ASHCROFT, Attorney General of the
United States, TOM RIDGE, Secretary of the

7

Department of Homeland Security, EDUARDO
AGUIRRE, Jr., Director of the United States

8

Citizenship and Immigration Services ("CIS")
DENIS RIORDAN, District Director – CIS,

9

Boston District Office; and ROBERT S. MUELLER,)
Director, FBI

10

Defendants.

11

12

## Plaintiff's Notice of Attorney's Change of Address

13

14

The Plaintiff informs the Court and the Defendants that his Attorney, Jeffrey W. Goldman, has moved to a

15

new law firm.  His correct contact information is below.

16

Respectfully submitted,

17

**RAED SULEIMAN**

18

By his attorney,

19

20

Jeffrey W. Goldman, BBO #548056

21

DUANE MORRIS, LLP
470 Atlantic Avenue, Suite 500

22

Boston, MA 02210
Phone: (617) 289-9228

23

Email:  jwgoldman@duanemorris.com
Dated:  March 17, 2005

24

25

-1-

## CERTIFICATE OF SERVICE

1

     I, Jeffrey W. Goldman, attorney for the Plaintiff, hereby certify that on this 17th day of
2   March, 2005, I caused a copy of the foregoing Notice of Attorney's Change of Address to be
served on the Defendants by sending a copy of said Notice via e-mail to U.S. Assistant Attorney
3   Mark T. Quinlivan at mark.quinlivan@usdoj.gov; and mark.quinlivan2@usdoj.gov; and
mary.watson@usdoj.gov
4

5

6                      Jeffrey W. Goldman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25